UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION -FLINT

IN THE MATTER OF:

Frontline Mechanical, Inc.,            Bankruptcy Case No. 17-31643
                                        Honorable Daniel S. Opperman
                                        Chapter 7
             Debtor.
_____/

**TRUSTEE'S MOTION TO CONDUCT PUBLIC AUCTION SALE VIA ONLINE AUCTION OF PERSONAL PROPERTY FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES AND ALL LIENS AND ENCUMBRANCES ATTACHING TO THE PROCEEDS OF SALE PURSUANT TO 11 U.S.C. §363(f)**

**NOW COMES** the trustee, Samuel D. Sweet, by and through his counsel, SAMUEL D. SWEET, PLC, and hereby states as follows:

1. On July 26, 2017, Debtor herein filed a Voluntary Petition under Chapter 7 of the Bankruptcy Reform Act of 1978, as Amended, Title 11.

2. Subsequent of the aforementioned bankruptcy filing, Samuel D. Sweet was appointed the duly qualified and acting trustee in this matter.

3. The debtors' estate consists of certain personal property and the trustee wishes to sell such property at a public auction pursuant to 11 U.S.C. § 363(f).

4. The personal property consists of a 2006 Ford E-350 Super Duty VIN 1FTSS34L86HA28101 (the "personal property"). See attached hereto as Exhibit "B" the Preliminary Auction Information.

5. The Trustee is desirous to sell these items via auction sale on November 24, 2107 in an auction which would take place online and not at the location from 8 a.m. until 8 p.m. on said date.

6. The auction items are located at the offices of Repocast.com, a Miedema Company, at 2851 James P. Cole Blvd, Flint, Michigan and will be accessible through www.1800lastbid.com on the internet.

7 The Trustee believes this creates the best overall opportunity for this estate to realize significant funds from the sale of assets in this matter.

8. As a result of the foregoing, the Trustee requests authority to sell these items free and clear of liens, interests and encumbrances with liens, interests, and encumbrances transferring to the proceeds of sale pursuant to §363(f) of the Bankruptcy Code.

9. As a result of the foregoing, the Trustee requests authority to sell these items through Miedema Auctioneering and utilizing an online auction.

**WHEREFORE**, the Trustee respectfully requests this Honorable Court to enter an Order allowing him to sell the personal property by public auction free and clear of any interests pursuant to 11 U.S.C. §363(f), with such interests transferring to the proceeds of sale, and grant the Trustee such other and further relief as this Court deems just and proper.

Respectfully submitted,

SAMUEL D. SWEET, PLC

Dated: 10/27/2017

/s/ Samuel D. Sweet
By: Samuel D. Sweet (P48668)
Attorneys for Trustee
P.O. Box 757
Ortonville, MI 48462-0757
(248) 236-0985
ssweet@trusteesweet.us

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION -FLINT

IN THE MATTER OF:

Frontline Mechanical, Inc.,            Bankruptcy Case No. 17-31643
                                                       Honorable Daniel S. Opperman
                                                       Chapter 7
                 Debtor.
_____/

**ORDER GRANTING TRUSTEE'S MOTION TO CONDUCT PUBLIC AUCTION SALE VIA ONLINE AUCTION OF PERSONAL PROPERTY FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES AND ALL LIENS AND ENCUMBRANCES ATTACHING TO THE PROCEEDS OF SALE PURSUANT TO 11 U.S.C. §363(f)**

This matter having come before this Honorable Court based upon the Trustee's Motion to Conduct Public Auction Sale of Personal Property of the Estate Free and Clear of All Liens and Encumbrances with All Liens and Encumbrances Attaching to the Proceeds of Sale Pursuant to 11 U.S.C. § 363(f); no objections having been filed to the Trustee's Motion; or any filed objection having been resolved; notice having been provided properly, pursuant to Rule 2002 and 9014 of the Federal Rules of Bankruptcy Procedures; and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that the Trustee is allowed to sell the Personal Property by public auction free and clear of any interests pursuant to 11 U.S.C. §363(f), with such interests transferring to the proceeds of sale which consists of a 2006 Ford E-350 Super Duty VIN 1FTSS34L86HA28101.

**IT IS FURTHER ORDERED** that this sale shall be held via internet auction on November 24, 2017 from 8 a.m. until 8 p.m. by www.1800lastbid.com.

                                                       _____
                                                       HONORABLE DANIEL S. OPPERMAN
                                                       UNITED STATES BANKRUPTCY JUDGE


601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

**Auction Information**

**Auction Code:** 1
**Auction Date:** 01/01/2020
**Auction Title:** Holding/Lot Storage - lots that have not been assigned an auction date

**Payout Information**

**Sam Sweet Trustee**
P.O. Box 757
Ortonville, MI 48462

**Consignor Information**

**Sam Sweet**
**Sam Sweet Trustee**
P.O. Box 757
Ortonville, MI 48462

CID:432595 /SID:NA
Phone: (248) 762-6495

## Open Lots



**Lot 2-36318**
**2006 Ford E-350 Super Duty**
Interior has some staining , unable to open rear doors , rear bumper has damage

**Warehouse Location:** ROW1 (outside)
**Selling Location:** 2851 James P Cole Blvd, Flint, MI 48505

| | Amount |
|---|---|
| Current Bid | $0.00 |
| 10% Commission | $0.00 |
| Listing Fee | $0.00 |
| **Total** | **$0.00** |

**Number of Cylinders:** 8
**Year:** 2006
**Model:** E-350
**Make:** Ford
**Trim:** Super Duty
**Odometer Reading:** 215669
**Title Status:** Clear
**Fuel Type:** Gas
**Drivetrain:** RWD
**VIN#:** 1FTSS34L86HA28101
**Audio:** AM/FM
**Rust:** Scattered
**Seats:** Leather

**Keys Located:** (1) Key in cio 93
**Transmission:** Automatic
**Cab/Bed/Tow:** Tow Package
**Doors:** 2 Door
**Airconditioning:** Yes
**Scratches:** Scattered
**Airbags:** Driver, Passenger
**Windshield Condition:** Chipped, Cracked
**Current Dash Warnings:** Other Warning LIghts, Brake
**General Options:** Power Windows, Power Locks, Power Mirrors, Cruise Control, Steering Wheel Controls, Spare Tire, Tilt Steering



601 Gordon Industrial Ct. SW
Byron Center, MI 49315

Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989

**Auction Information**

**Auction Code:** 1
**Auction Date:** 01/01/2020
**Auction Title:** Holding/Lot Storage - lots that have not been assigned an auction date

**Payout Information**

**Sam Sweet Trustee**
P.O. Box 757
Ortonville, MI 48462

**Consignor Information**

**Sam Sweet**
**Sam Sweet Trustee**
P.O. Box 757
Ortonville, MI 48462

CID:432595 /SID:NA
Phone: (248) 762-6495

| | |
|---|---:|
| Sales Total | $0.00 |
| Less Commission | $0.00 |
| Less Commission Fees | $0.00 |
| Less Liens | $0.00 |
| Less Expenses | $0.00 |
| **Statement Total** | **$0.00** |
| Payments Made | $0.00 |
| **Total Due** | **$0.00** |

### Repocast.com Wayland

3450 12th Street
Wayland, MI 49348
Phone: (616) 261-4982
Phone: (866) 550-7376
Fax: (269) 792-0188
Email: info@repocast.com

Monday: 9:00 AM - 4:00 PM
Tuesday: 9:00 AM - 4:00 PM
Wednesday: 9:00 AM - 4:00 PM
Thursday: 9:00 AM - 4:00 PM
Friday: 9:00 AM - 4:00 PM
Saturday: 9:00 AM - 12:00 PM

All Times Are Eastern Standard Time

### Repocast.com Byron Center

601 Gordon Industrial Ct. SW
Byron Center, MI 49315
Phone: (616) 261-4988
Phone: (866) 550-7376
Fax: 616-261-4989
Email: info@repocast.com

Monday: 9:00 AM - 5:00 PM
Tuesday: 9:00 AM - 7:00 PM
Wednesday: 9:00 AM - 5:00 PM
Thursday: 9:00 AM - *6:00 PM*
Friday: 8:00 AM - 4:30 PM
Saturday: 8:00 AM - 3:00 PM

*Thursday: Open until 8:00PM for Inspection
All Times Are Eastern Standard Time

### Repocast.com Flint

2851 James P Cole Blvd
Flint, MI 48505
Phone: (248) 627-5200
Phone: (866) 550-7376
Fax: 248-627-5300
Email: info@repocast.com

Monday: 9:00 AM - 4:00 PM
Tuesday: 9:00 AM - 6:00 PM
Wednesday: 9:00 AM - 4:00 PM
Thursday: 9:00 AM - 6:00 PM
Friday: 9:00 AM - 4:00 PM
Saturday: 9:00 AM - 12:00 PM

All Times Are Eastern Standard Time

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION -FLINT

IN THE MATTER OF:

Frontline Mechanical, Inc.,            Bankruptcy Case No. 17-31643
                                                     Honorable Daniel S. Opperman
                                                     Chapter 7

                 Debtor.
_____/

## NOTICE OF REQUIREMENT OF WRITTEN RESPONSE TO TRUSTEE'S MOTION TO CONDUCT PUBLIC AUCTION SALE VIA ONLINE AUCTION OF PERSONAL PROPERTY FREE AND CLEAR OF ALL LIENS AND ENCUMBRANCES AND ALL LIENS AND ENCUMBRANCES ATTACHING TO THE PROCEEDS OF SALE PURSUANT TO 11 U.S.C. §363(f)

       Trustee, Samuel D. Sweet, has filed papers with the Court for the approval to conduct a public auction sale of personal property of the estate free and clear of all liens and encumbrances with all liens and encumbrances attaching to the proceeds of the sale. The auction is to be conducted by Repocast.com, a Miedema Company, and is scheduled for November 24, 2017, from 8 a.m. until 8 p.m. via an online auction, www.1800lastbid.com.

       **<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

       If you do not want the Court to allow the Trustee's Motion to Conduct Public Auction Sale of Personal Property, or if you want the Court to consider your views on the Motion, within twenty (20) days, you or your attorney must:

1.      File with the Court a written response or an answer which must comply with F.R.Civ.P. 8(b), (c) and (e) explaining your position pursuant to L.B.R. 9014-1 at:

                 Clerk of the United States Bankruptcy Court
                 Eastern District of Michigan-Southern Division
                 226 West Second Street, Flint, MI 48502

       If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

       You must also mail a copy to:
Samuel D. Sweet, Attorney for Trustee [See address and telephone number below]

2.      If a response or answer is timely filed and served, the Clerk will schedule a hearing on the motion/objection and you will be served with a notice of the date, time and location of the hearing.

       **If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an Order granting that relief.**

                                            SAMUEL D. SWEET, PLC

                                            <u>/s/ Samuel D. Sweet</u>
                                             By: Samuel D. Sweet (P48668)
                                             Attorney for Trustee
                                             P.O. Box 757
                                             Ortonville, MI 48462-0757
Date Served:   10/27/2017               (248) 236-0985
                                             ssweet@trusteesweet.us

[1]Response or answer must comply with F.R. Civ. P 8 (b) (c) and (e)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION -FLINT

IN THE MATTER OF:

Frontline Mechanical, Inc.,

Bankruptcy Case No. 17-31643
Honorable Daniel S. Opperman
Chapter 7

Debtor.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on __10/27/2017__, I served the following paper:

Trustee's Motion to Conduct Public Auction Sale of Personal Property of the Estate Via Auction Sale Free and Clear of All Liens and Encumbrances with All Liens and Encumbrances Attaching to the Proceeds of Sale Pursuant to 11 U.S.C. § 363(f); Proposed Order; Notice to Creditors and Other Parties of Interest Regarding Application for Professional Fees Pursuant to Fed.R.Bankr.P.2002 and Notice of the Right to Object; this Certificate of Service; and Exhibit List with Exhibits

on the following parties at these addresses:

Frontline Mechanical, Inc.
306 Alger Street
Howell, Michigan 48843

Matthew J. Vivian
Attorney for Debtor
matt@vivianlaw.com
(via ECF transfer only)

Duane Mingerink
Repocast.com, a Miedema Company
duane@1800lastbid.com
(Via Email Only)

**** A COPY OF THE NOTICE OF TRUSTEE'S MOTION WAS ALSO SERVED UPON ALL PARTIES ON THE ATTACHED COURT MATRIX. ****

by the following means:

United States first-class mail

                                                /S/ SAMUEL D. SWEET
Samuel D. Sweet (P48668)
Samuel D. Sweet, PLC
Attorney for Trustee
P.O. Box 757
Ortonville, MI 48462-0757
(248) 236-0985
ssweet@trusteesweet.us